IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AMERICAN WIRE GROUP, LLC, )<br>            )<br>    Plaintiff,         )<br>            )<br>    v.         )<br>            )<br>OSS JPOW SOLAR SERVICES  )<br>LLC,            )<br>            )<br>    Defendant.         ) | CIVIL ACTION NO.<br>2:23cv454-MHT<br>(WO) |

**ORDER**

In light of the filing of the amended complaint (Doc. 12), it is ORDERED that defendant's motion to dismiss and stay (Doc. 10) is denied with leave to renew.

DONE, this the 29th day of September, 2023.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**